UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: VIAGRA (SILDENAFIL CITRATE) AND CIALIS (TADALAFIL) PRODUCTS LIABILITY LITIGATION | Case No.: 3:16-md-02691-RS<br>MDL No. 2691<br><br>Case No.: 3:18-cv-1614<br><br>**Master Short Form Complaint** |
| Daniel O'Leary | |
| Plaintiff(s) | |
| v. | |
| Pfizer, Inc. | |
| Defendant(s) | |

Plaintiff(s), incorporates by reference the Plaintiffs' Master Long Form Complaint(s) filed with United States District Court for the Northern District of California in the matter of *In re: Viagra (Sildenafil Citrate) and Cialis (Tadalafil) Products Liability Litigation*. Plaintiff(s) further show the court as follows:

1. Defendant(s) against whom Complaint is made:
   a. ___ Eli Lilly and Company
   b. _x_ Pfizer Inc.
   c. ___ Other (specify Defendant) _____
2. Plaintiff's Full Name:
   a. Daniel O'Leary
3. Name of the party or deceased who ingested Viagra/Revatio (sildenafil citrate) (hereinafter "Viagra") and/or Cialis/Adcirca (tadalafil) (hereinafter "Cialis") and suffered injury, if different than Plaintiff:
   a. n/a

4. Name of additional or other Plaintiff, including loss of consortium Plaintiff(s) (i.e. administrator, executor, guardian, conservator):
   a. n/a

5. Plaintiff's current city and state of residence:
   a. St. Paul, MN

6. District Court in which venue would be proper absent direct filing:
   a. District of Minnesota

7. City and state of Plaintiff or Decedent when he/she was diagnosed with melanoma:
   a. St. Paul, MN

8. Approximate dates that the Plaintiff or Decedent ingested Viagra (if applicable):
   a. Start date: May 2002
   b. Stop date: June 2014

9. Approximate dates that the Plaintiff or decedent ingested Cialis (if applicable):
   a. Start date: n/a
   b. Stop date: n/a

10. Date(s) that Plaintiff was diagnosed with melanoma which he/she alleges was caused by Viagra and/or Cialis:
    a. April 1, 2014

11. Date of death of Decedent, if applicable:
    a. n/a

12. Master Complaint Adopted (check one or both):
    a. _x_ Pfizer Master Complaint
    b. ___ Eli Lilly Master Complaint

13. Counts in the Master Complaint(s) brought by Plaintiff(s):
    a. Count 1 (Negligence): x
    b. Count 2 (Gross Negligence): x
    c. Count 3 (Negligence Per Se): x

1      d. Count 4 (Unfair and Deceptive Trade Practices: Unfairness)  x

2      e. Count 5 (Unfair and Deceptive Trade Practices: Fraud)  x

3      f. Count 6 (Unfair and Deceptive Trade Practices: Unlawfulness)  x

4      g. Count 7 (Strict Liability – Defective Design):  x

5      h. Count 8 (Strict Liability – Failure to Warn):  x

6      i. Count 9 (Failure to Test):  x

7      j. Count 10 (Breach of Express Warranty):  x

8      k. Count 11 (Breach of Implied Warranty):  x

9      l. Count 12 (Fraudulent Misrepresentation and Concealment):  x

10      m. Count 13 (Negligent Misrepresentation and Concealment):  x

11      n. Count 14 (Fraud and Deceit):  x

12      o. Count 15 (Willful, Wanton, and Malicious Conduct):  x

13      p. Count 16 (Unjust Enrichment):  x

14      q. Count 17 (Loss of Consortium): ____

15      r. Count 18 (Survival): ____

16      s. Count 19 (Wrongful Death): ____

17      t. Count 20 (Punitive Damages): ____

18      u. Other: ____

19 14. Jury Demand

20      a. Pursuant to Federal Rule of Civil Procedure 38(b), Plaintiff(s) hereby demand a trial
21         by jury as to all claims in this action: Yes  x   No ___

23 Dated this the 14th day of  March, 2018.

24                     Respectfully submitted on behalf of the Plaintiff(s),

25                       /s/     John J. Driscoll
26                     GREGORY J. PALS, #6271778 IL
                      JOHN J. DRISCOLL, #6276464 IL
27                       211 N. BROADWAY, 40TH FLOOR
                      ST. LOUIS, MO 63102
28                       314-932-3233

# CERTIFICATE OF SERVICE

I hereby certify that on March 14, 2018, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system, which will send a notice of the electronic filing to all counsel of record and by sending a copy by Certified Mail in accordance with Pretrial Order No. 5 to:

    Pfizer, Inc.

    C/O The Corporation Trust Company

    1209 Orange Street

    Wilmington, DE 19801

                                                    */s/ Melissa Caliendo*